**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of NEVADA (State)

Case number (if known): _____ Chapter \_\_\_\_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   NYE FARM TECH, LTD

3. **Other names you know the debtor has used in the last 8 years**

   A BEE Z NV ORGANIC FARMS, LLC
   ABZ FARM, LLC

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   EIN \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

5. **Debtor's address**

   **Principal place of business**

   5400 NORTH HIGHWAY 160
   Number   Street

   _____

   PAHRUMP         NV   89060
   City            State  ZIP Code

   NYE
   County

   **Mailing address, if different**

   1999 WEST PAIUTE STREET
   Number   Street

   BOX 337
   P.O. Box

   AMARGOSA VALLEY  NV  89020
   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City            State   ZIP Code

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 1

Debtor   **NYE FARMTECH, LTD**   Case number (if known) _____

6. Debtor's website (URL)   N/A

7. Type of debtor
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

## Part 3:  Report About the Case

10. Venue

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **NYE FARM TECH, LTD**

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| KONSTANTIN MINEVSKIY | LOAN | $245,000 |
| CIVIC AND CORPORATE CONSULTING GROUP | UNPAID SERV. RNDRE | $67,046 |
| | | $ |
| HAVNTEC, PLLC | ENGINEERING SERV | $3,000 |
| | Total of petitioners' claims | $315,046 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**         **Attorneys**

Name and mailing address of petitioner

Name: KONSTANTIN MINEVSKIY
Number Street: 9745 DERBY HILL CIRCLE
City: LAS VEGAS   State: NV   ZIP Code: 89117

Printed name: STEVEN J. SZOSTEK, ESQ.
Firm name, if any: _____
Number Street: 7848 WEST SAHARA AVE.
City: LAS VEGAS   State: NV   ZIP Code: 89117
Contact phone: 702 325-6224   Email: SZOSTEK1966@GMAIL.COM
Bar number: 3904
State: NV

Name and mailing address of petitioner's representative, if any

Name: STEVEN J SZOSTEK, ESQ.
Number Street: _____
City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/29/2016

X _____
Signature of petitioner or representative, including representative's title

X _Steven J Szostek_
Signature of attorney

Date signed 4/27/2016

Debtor _____   Case number (if known) _____
       Name

**Name and mailing address of petitioner**

Name: CIVIC AND CORPORATE CONSULTING GROUP
Number Street: 10982 LAURELDALE COURT
City: LAS VEGAS   State: NV   ZIP Code: 89141

**Name and mailing address of petitioner's representative, if any**

Name: STEVEN J. Szostek, Esq.
Number Street: _____
City: _____   State: _____   ZIP Code: _____

Printed name: STEVEN J. SZOSTEK, ESQ
Firm name, if any: _____
Number Street: 7848 WEST SAHARA AVE
City: LAS VEGAS   State: NV   ZIP Code: 89117
Contact phone: 702-325-6224   Email: SZOSTEK1946@GMAIL.COM
Bar number: 3904
State: NV

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/28/2016

X _[signature]_
Signature of petitioner or representative, including representative's title

X _[signature]_
Signature of attorney
Date signed: 4/27/2016

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney
Date signed: _____

Debtor  NYE FARM TECH, LTD
      Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: HAUNTEC PLLC

Number Street: 2721 IRONSIDE DRIVE

City: LAS VEGAS   State: NV   ZIP Code: 89108

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/28/2016
      MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

Printed name: STEVEN J. SZOSTEK, ESQ

Firm name, if any: _____

Number Street: 7848 WEST SAHARA AVE

City: LAS VEGAS   State: NV   ZIP Code: 89117

Contact phone: 702-325-6224   Email: SZOSTEK1946@GMAIL.COM

Bar number: 3904

State: NV

X _[signature]_ Steven J. Szostek
Signature of attorney

Date signed: 4/28/2016
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

Contact phone: _____   Email: _____

Bar number: _____

State: _____

X _____
Signature of attorney

Date signed: _____
      MM / DD / YYYY